<u>NOT FOR PULICATION</u>

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>82,656 RED BULL ENERGY DRINKS,<br><br>                              Defendant. | Civil Action No. 23-4183 (SDW) (JRA)<br><br>**ORDER**<br><br>June 24, 2025 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on May 30, 2025, by Magistrate Judge José R. Almonte (D.E. 47) recommending granting the United States' motion to strike the claim of Howell Imports, LLC (D.E. 44).  This Court has reviewed the reasons set forth in the R&R by Judge Almonte.[1]  Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Almonte (D.E. 47) is **ADOPTED** as the conclusion of law of this Court; and it is further

**ORDERED** that the United States' motion to strike the claim of Howell Imports, LLC (D.E. 44) is **GRANTED**.

**SO ORDERED.**

        _/s/ Susan D. Wigenton_
        **SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk
cc:     Parties
        José R. Almonte, U.S.M.J.

---

[1] No objection to the R&R was filed.

1