UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Civil Action No. 23-4183 |
| 82,656 RED BULL ENERGY DRINKS, | : | <u>DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE</u> |
| | : | |
| Defendants *in rem*. | | |

WHEREAS, on or about September 23, 2022, U.S. Customs and Border Protection ("CBP") seized for forfeiture the defendant property, namely 82,656 Red Bull Energy Drinks ("Defendant Property");

WHEREAS, on or about November 15, 2022, CBP issued a Notice of Seizure to Howell Imports, LLC;

WHEREAS, on or about August 4, 2023, the United States filed a Verified Complaint for Forfeiture *In Rem* (ECF No. 1, "Verified Complaint") in the United States District Court for the District of New Jersey against the Defendant Property. The Verified Complaint alleged that the Defendant Property is subject to forfeiture, pursuant to 19 U.S.C. § 1337 and 19 C.F.R. § 12.39;

WHEREAS, pursuant to Rule G(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, the Court issued a Warrant for Arrest in Rem (ECF No. 2) for the Defendant Property on August 7, 2023

WHEREAS, also on or about August 7, 2023, the United States filed a Notice of Forfeiture (ECF No. 3, "Notice of Forfeiture"). The Notice of Forfeiture stated that

any person who wished to assert an interest in and avoid forfeiture of the Defendant Property was required to file a verified claim with the Clerk of the Court no later than 35 days from the date the notice was sent; within 60 days from the first day of publication of notice on the government internet site www.forfeiture.gov; or within the time period that the Court allowed, provided that any request for an extension of time from the Court was made prior to the expiration of the time within which the person is required to file such verified claim. The Notice of Forfeiture also detailed the procedure for filing a claim and answer;

WHEREAS, pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, the United States published notice of this forfeiture action on an official government internet site, http://www.forfeiture.gov, beginning on August 8, 2023, and running for 30 consecutive days, through September 6, 2023, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure (ECF No. 50);

WHEREAS, on August 18, 2023, the United States of America filed an Amended Verified Complaint for Forfeiture in Rem (ECF No. 5);

WHEREAS, on August 18, 2023, Howell Imports, LLC, the only entity with an interest in the Defendant Property, filed a Verified Claim for the Defendant Property (ECF No. 6);

WHEREAS, On June 24, 2025, the Court adopted the Report and Recommendations striking Howell Imports, LLC's Verified Claim (ECF No. 48);

WHEREAS, no other claims or answers were filed or made in this action, no other parties have appeared to contest the action to date, and the statutory time periods in which to do so have expired. *See* Supplemental Rules G(4)(b)(ii) and G(5)(a) and 18 U.S.C. § 983(a)(4);

WHEREAS, on August 7, 2025, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the United States filed a request for entry of a default by the Clerk of the Court (ECF No. 51);

WHEREAS, on August 8, 2025, the Clerk entered a default against the Defendant Property; and

WHEREAS, on August 8, 2025, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, the United States filed a motion for Default Judgment Final Order of Forfeiture (ECF No. 52);

NOW, IT IS HEREBY, ORDERED, ADJUDGED, AND DECREED:

1. A Default Judgment and a Final Order of Forfeiture is granted and hereby entered against the Defendant Property, and, pursuant to 19 U.S.C. § 1337 and 19 C.F.R. § 12.39, all right, title, and interest in the Defendant Property is hereby finally forfeited to and vested in the United States of America.

2. CBP, its agent, or designee shall dispose of the Defendant Property according to law.

      3.      The Court shall retain jurisdiction in this case for the purpose of enforcing this Default Judgment and Final Order of Forfeiture.

ORDERED this 11th day of August, 2025.

_____
Honorable Susan D. Wigenton
United States District Judge